■ DEREK BROWN, Appellant, v DAVID MONROE et al., Defendants, and GEORGE D. MILLER & SONS, INC., Respondent.—Order of the Supreme Court, Orange County (Ritter, J.), dated September 9, 1985, affirmed, without costs or disbursements. *(See, Strunk v Zoltanski,* 62 NY2d 572.) Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.